**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHARLES ONRUBIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO: 1:25-cv-14473 |
| ) | |
| RIVER GROVE POLICE DEPARTMENT, ) | JUDGE: |
| ) | |
| ) | (Removal of Case No. 2025 L 064013 |
| Defendant. ) | filed in the Circuit Court of Cook |
| ) | County, Illinois) |
| ) | |

## NOTICE OF REMOVAL

NOW COMES Defendant, VILLAGE OF RIVER GROVE, incorrectly sued as the River Grove Police Department (hereinafter "River Grove") by and through one of its attorneys, EMILY FRANCES OTTESEN of SCHAIN, BANKS, KENNEY, & SCHWARTZ, and, pursuant to 28 U.S.C. § 1441 *et seq.,* (and, including 28 U.S.C. §§ 1441(a) and (c) and 1446), hereby files its Notice of Removal of the subject action based on this Court's original jurisdiction of the Plaintiff's claims arising under the Constitution or laws of the United States of America. In support of this Notice of Removal, Defendant states as follows unto this Honorable Court:

1. On March 7, 2025, Plaintiff CHARLES ONRUBIA, representing himself *pro se*, initiated a case against River Grove by filing a fee waiver petition in the Circuit Court of Cook County. Notably, a complaint was not filed until May 28, 2025. A copy of Plaintiff's First Complaint is attached hereto and marked as Exhibit A. The complaint failed to identify the exact nature of Plaintiff's cause of action against Defendants, however it did specify that Plaintiff was seeking "Monetary Damages as compensation (TORT) in the amount of $10,000,000.00 (TEN MILLION DOLLARS AND 00/100) from River Grove Police Department." (Ex. A at p. 1).

2. Thereafter, on July 1, 2025, River Grove was properly served with a copy of Plaintiff's Complaint and on August 1, 2025, River Grove filed a motion to dismiss, alleging that the complaint failed to state a cause of action and, to the extent that Plaintiff was seeking damages in Tort, that the claims were filed outside of the applicable one-year statute of limitations.

3. The motion was briefed and oral arguments were held on September 24, 2025, at which time the Court granted River Grove's motion and ordered Plaintiff to file an amended complaint within 28 days. A copy of the September 24, 2025, Court Order is attached hereto as Exhibit B.

4. On October 29, 2025, Plaintiff filed an amended complaint, a copy of which is attached hereto as Exhibit C. While the amended complaint still fails to specify the exact nature of Plaintiff's claims against River Grove, the complaint does allege that Plaintiff's "Bill of Rights and Amendments of the Constitution both by State of Illinois and United States as a country have been violated by River Grove Police Department…". (Ex. C at p. 1). Plaintiff further describes River Grove's actions as "unconstitutional" and Plaintiff overall seems to be attempting to raise claims for the alleged violations of his constitutional rights.

5. This Honorable Court possesses original jurisdiction of all civil actions arising under the Constitution, laws, or treatise of the United States, pursuant to 28 U.S.C. §1331. Inasmuch as the subject Amended Complaint has brought claims for deprivation of the Plaintiff's claimed rights protected under the United States Constitution removal of this action is proper under 28 U.S.C. §§1441(a) and (c). Further, under 28 U.S.C. § 1446(b)(3), removal is proper "if the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading…from which it may first be ascertained that the case is one which is or has become

removable."

6. Though Plaintiff still has failed to properly state a claim under both Illinois' fact pleading standard and the Federal Court's notice pleading standard, it has become apparent that Plaintiff is seeking damages related to an alleged violation of his constitutional rights.

7. The undersigned, as attorney for River Grove, the sole named Defendant, hereby affirmatively states that Defendant agrees and consents to the removal of the subject action to the United States District Court for the Northern District of Illinois.

8. This Notice of Removal is filed within thirty (30) days after the receipt of the subject Amended Complaint by the Defendants.

9. Notice of the removal of this civil action will be promptly served on Mr. Charles Onrubia.

10. Further, this Notice of Removal shall be promptly filed with the Clerk of the Circuit Court of Cook County, Illinois, in order to effect removal of this action.

WHEREFORE, Defendant, VILLAGE OF RIVER GROVE, incorrectly sued as the River Grove Police Department, respectfully prays that this action be removed to this Court, that this Court accept jurisdiction of this action, and that this action be placed on the docket of this Court for further proceedings as though it had been originally commenced herein.

                                                Respectfully submitted,

                                                VILLAGE OF RIVER GROVE, incorrectly sued as
                                                River Grove Police Department

                                                By: /s/Emily F. Ottesen
                                                      One of Its Attorneys

Michael E. Kujawa, ARDC# 6244621
Emily F. Ottesen, ARDC# 6339477
Schain, Banks, Kenny & Schwartz, Ltd.
70 W. Madison Street, Suite 5400

Chicago, Illinois 60602
Phone: (312) 345-5700
Fax: (312) 345-5701
mkujawa@schainbanks.com
eottesen@schainbanks.com