FILED DATE: 5/28/2025 12:59 PM 2025L064013

**STATE OF ILLINOIS, CIRCUIT COURT**
Cook COUNTY

**APPEARANCE**

For Court Use Only

FILED
5/28/2025 12:59 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L064013
Calendar, L
32889676

**Plaintiff / Petitioner:** CHARLES ONRUBIA

v.

**Defendant / Respondent:** RIVER GROVE POLICE DEPARTMENT

**Case Number:** 2025L064013

### Instructions

Directly above, enter the name of the county where the case was filed.

Enter the name of the person or company that filed this case as Plaintiff/Petitioner.

Enter the name of the Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk.

1. The appearance of **CHARLES ONRUBIA** (First Middle Last) is entered in this case by:
   - [✓] Myself
   - [ ] Their attorney: _____ (Attorney or Firm Name)

In **1**, check the box next to "Myself," if you are not an attorney. If you are an attorney, enter the name of your client in **1**, check the box next to "Their attorney," and enter your attorney or firm name in the blank.

2. I would like a trial with (check only one; you do not have a right to jury trial in every case):
   - [ ] a judge  *TBD*
   - [ ] a judge and a 6-person jury
   - [ ] a judge and a 12-person jury

Under Illinois Supreme Court Rule 137, your signature means that you have read the document, that to the best of your belief, it is true and correct and that you are not filing it for an improper purpose, such as to cause delay.

**IMPORTANT:** If you are requesting a trial by jury and e-filing the form, you may need to e-file this form two separate times, once as an Appearance and once as a Jury Demand. Check with Illinois Court Help at ilcourthelp.gov or call (833) 411-1121. You can also check with your local Circuit Clerk's office.

/s/ _____ **Your Signature**

**Street Address:** 2432 HAYMOND ST.

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

**Your Name:** CHARLES ONRUBIA

**City, State, ZIP:** RIVER GROVE, IL. 60171

**Telephone:** 708-932-5000

**Email:** C.ONRUBIA@TSFCHICAGO.COM

Enter your complete address, telephone number, and email address, if you have one.

**Firm Name (if any):** _____

**Attorney # (if any):** 99500

If you are an attorney, enter your firm name and attorney number.

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

AP-P 503.7

Page 1 of 3

**Exhibit A** (09/22)

## PROOF OF DELIVERY

FILED DATE: 5/28/2025 12:59 PM 2025L064013

In **1a**, enter the name, mailing address, and email address of the party you are sending the document to. If they have a lawyer, you **must** enter the lawyer's information.

In **1b**, check the box to show how you are sending the document.

**CAUTION:** If you and the person you are sending the document to have an email address, you **must** use one of the first two options. Otherwise, you may use one of the other options.

In **c**, fill in the date and time that you are sending the document.

In **2**, if you are sending the document to more than 1 party or lawyer, fill in **a**, **b**, and **c**. Otherwise leave **2** blank.

In **2a**, enter the name, mailing address, and email address of the party you are sending the document to. If they have a lawyer, you **must** enter the lawyer's information.

In **2b**, check the box to show how you are sending the document.

**CAUTION:** If you and the person you are sending the document to have an email address, you **must** use one of the first two options. Otherwise, you may use one of the

In **c**, fill in the date and time that you are sending the document.

1. I am sending the *Appearance*
   a. To:
      Name: RIVER GROVE POLICE DEPARTMENT
      Address: 2621 N. THATCHER AVE   RIVER GROVE, IL. 60171
      Email address: RGPD311@RIVERGROVEIL.GOV
      POLICECHIEF@RIVERGROVEIL.GOV
   b. By:
      [✓] An approved electronic filing service provider (EFSP)
      [ ] Email *(not through an EFSP)*
      Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.
      [ ] Personal hand delivery to:
         [ ] The party
         [ ] The party's family member who is 13 or older, at the party's residence
         [ ] The party's lawyer
         [ ] The party's lawyer's office
      [ ] Mail or third-party carrier
   c. On: E-FILE ACCEPTANCE DATE & TIME & SERVE   at: _____ [ ] a.m. [ ] p.m.

2. I am sending the *Appearance*
   a. To:
      Name: _____
      Address: _____
      Email address: _____
   b. By:
      [ ] An approved electronic filing service provider (EFSP)
      [ ] Email *(not through an EFSP)*
      Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.
      [ ] Personal hand delivery to:
         [ ] The party
         [ ] The party's family member who is 13 or older, at the party's residence
         [ ] The party's lawyer
         [ ] The party's lawyer's office
      [ ] Mail or third-party carrier
   c. On: _____ at: _____ [ ] a.m. [ ] p.m.

**Exhibit A**

Enter the Case Number given by the Circuit Clerk: **2025L064013**

FILED DATE: 5/28/2025 12:59 PM   2025L064013

| | |
|---|---|
| If you are sending your document to more than 2 parties or lawyers, check the box and file the *Additional Proof of Delivery* with this form. | ☐ I have completed an *Additional Proof of Delivery* form. |

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

Enter your complete address, telephone number, and email address, if you have one.

I certify that everything in the *Proof of Delivery* is true and correct. I understand that a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.

/s/ [signature]
**Your Signature**

CHARLES ONRUBIA
**Print Your Name**

708.932.5000
**Telephone**

_____
**Firm Name (if any)**

2432 HAYMOND ST.
**Street Address**

RIVER GROVE, IL. 60171
**City, State, ZIP**

C.ONRUBIA@TSFCHICAGO.COM
**Email**

99500
**Attorney # (if any)**

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

AP-P 503.7     Page 3 of 3     (09/22)

Print Form    Save Form    Reset Form

**Exhibit A**

FILED
5/28/2025 12:59 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L064013
Calendar, L
32889676

FILED DATE: 5/28/2025 12:59 PM   2025L064013

Complaint - Verified                                              (12/01/24) CCM 0008 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DEPARTMENT, 4TH MUNICIPAL DISTRICT

Charles Onrubia

Plaintiff(s)

v.

RIVER GROVE POLICE DEPARTMENT

Defendant(s)

Case No. 2025L064013

Contract: _____

Amount Claimed: $10,000,000.00

Return Date: 30 DAYS FROM SUMMONS

## COMPLAINT

The Plaintiff(s) claim(s) as follows (use last page if more space is required.):

Plaintiff, Charles Onrubia was pulled over by River Grove Police Department on February 14th, 2024 Citation Number SE988526 for Driving during a revocation/suspension on Forest Preserve and Pontiac Ave in Chicago, IL. 60634.

Plaintiff claims targeting as there is no validity or reason for an initial traffic stop. In addition, River Grove Police Department has no jurisdiction for traffic stops and writing traffic citations in the City of Chicago.

Charles Onrubia was illegally searched and property seized as a result of this traffic stop. This occasion has caused a chain of events leading to unlawful entry into his private domicile, illegal search and seizure of properly registered fire arms, improper reporting, wrongful complaints and citations, tampering of evidence, and violation of multiple sections of Article 1 of the Ilinois Constitution Bill of Rights, Charles Onrubia's birth given right as a natural born US Citizen, and permanent resident of the State of Illinois.

Plaintiff, Charles Onrubia is seeking Monetary Damages as compensation (TORT) in the amount of $10,000,000.00 (TEN MILLION DOLLARS AND 00/100) from River Grove Police Department.

I, __CHARLES ONRUBIA__, certify that I am
          (Name)

the __SELF-REP. AND__ plaintiff in the above entitled action.
    (Name of Attorney if applicable)

Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 2

**Exhibit A**

Complaint - Verified (12/01/24) CCM 0008 B

The allegations in this complaint are true.

Dated: 5/26/2025

Atty. No.: Pro Se 99500
Name: CHARLES ONRUBIA
Atty. for (if applicable): N/A

Signature

☑ Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the above signed certifies that the statements set forth herein are true and correct.

Address: 2432 HAYMOND ST.
City: RIVER GROVE, IL 60171
State: IL Zip: 60171
Telephone: 708.932.5000 / 708.945.0000
Primary Email: C.ONRUBIA@TSFCHICAGO.COM

Claims - continued

SPECIFIC DATES:

02/14/2024
12/10/2024
12/17/2024
12/23/2024
02/14/2025
02/19/2025

CITATIONS, COMPLAINTS AND COURT DATES ISSUED BY RIVER GROVE POLICE DEPARTMENT ON FILE WITH THE COOK COUNTY COURTS.

TANGIBLE PERSONAL PROPERTY HELD BY RIVER GROVE POLICE DEPARTMENT TO BE RETURNED IMMEDIATLEY:
1. SIG SAUER 1911 SERIAL NUMBER 54B039935
2. SMITH AND WESSON M&P 22LR SERIAL NUMBER DTH6788
3. .45 CALIBER AMMUNITION COUNT 6 IN MAGAZINE AND 1 IN CHAMBER ASSORTED HORNANDY RUBBER TIP, HORNANDY PLASTIC TIP, HOLLOW POINT (ALL PERSONAL PROTECTION AMMUNITION) NO TARGET/PRACTICE AMMUNTION
4. 1 BLACK AND SILVER EVERYDAY CARRY POCKET KNIFE. 1000 PATENTS PENDING
5. 1 PORTER DRILL 2 BATTERIES, 2 MIKITA DRILLS DRILL/DRIVER, 2 MIKITA BATTERIES, 1 MIKITA CHARGER, PIPE WRENCH, 3 CHANNEL LOCK (VICE GRIP STYLE SMALL, MEDIUM, LARGE 2 BLUE HANDLE, 1 BLACK HANDLE, OTHER MISC. HOUSEHOLD TOOLS) ALL IN A BLACK CARRY ON BAG WITH WHEELS
6. 1 MULIT-USE APPERATUS MADE OF PVC, CONCRETE, AND RUBBER CAPS

Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 2

Exhibit A

FILED DATE: 5/28/2025 12:59 PM  2025L064013