

# IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS MUNICIPAL DEPARTMENT DISTRICT 4

| Plaintiff V Defendant | Charles Onrubia-vs-RIVER GROVE POLICE DEPARTMENT | Calendar, L |
|---|---|---|
| | | 2025L064013 |

| PLAINTIFF's ATTY | | | CONTRACT | FILING FEE | ADDENDUM |
|---|---|---|---|---|---|
| ADDITIONAL NAMES | | COMPLAINT FILED, SUMMONS ISSUED, RETURNABLE TO CLERK OF THE CIRCUIT COURT 03/07/2025 | Intentional Tort - Non Jury | 0.0000 | |

| DATE | JUDGE | ORDERS ENTERED |
|---|---|---|
| SEP 2 4 2025 | Cee | ¶ Charles Onrubia — 10/10/25 1:30<br>Δ @ Emily O'Hersen<br>— Δ 2-619 MTD Granted as to 3/14/54 Claim<br>Δ 2-615 Conceded All Other Claims<br>— Δ 28 Amended Cmp<br>— ¶ 28 AOP |

CFS (handwritten)

**Exhibit B**